UNITED STATES of America,
Plaintiff–Appellee,

v.

Curt SINGLETON, Defendant–
Appellant.

No. 05–31001
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 25, 2006.

Joseph G. Jarzabek, Cristina Walker, Assistant U.S. Attorneys, U.S. Attorney's Office Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Wayne Joseph Blanchard, Federal Public Defender's Office, Western District of Louisiana, for Defendant–Appellant.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Curt Singleton has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Singleton has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.